IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BETTY LAMBERT, Individually,
and as Grandmother and Next
Friend of C.W., A Minor                                                                    PLAINTIFF

V.                                                                CIVIL ACTION NO. 1:16CV41-NBB-DAS

BOONEVILLE SCHOOL DISTRICT and
MICAH MOMENT, In His Individual Capacity                                          DEFENDANTS

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motion for summary judgment is **GRANTED**. This case is hereby dismissed with prejudice and closed.

This, the 20th day of September, 2017.

    /s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**